08 CV 5761

JUDGE RAKOFF

CHALOS, O'CONNOR & DUFFY, LLP.
Attorneys for Plaintiff,
SUNTECH CORPORATION FCZO.
366 Main Street
Port Washington, New York 11050
Tel:     (516) 767-3600
Fax:     (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
SUNTECH CORPORATION FCZO.,

                              Plaintiff,

         v.

GUJARAT AMBUJA EXPORTS LTD.,

                              Defendant.
-------------------------------------------------X



08 CV _____ ( )

**STATEMENT PURSUANT
TO RULE 7.1**

         Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for plaintiff, SUNTECH CORPORATION FCZO.,

certifies that there are no corporate parents, affiliates and/or subsidiaries of said party

which are publicly held.

Dated: Port Washington, New York
         June 26, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP.
                                        Attorneys for Plaintiff,

                              By: _____
                                        Owen F. Duffy (OD-3144)
                                        George E. Murray (GM-4172)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel:(516) 767-3600 / Fax: (516) 767-3605

1