CHALOS, O'CONNOR & DUFFY, LLP.
Attorneys for Plaintiff,
SUNTECH CORPORATION FCZO.
366 Main Street
Port Washington, New York 11050
Tel:    (516) 767-3600
Fax:    (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

*08 CV    5761*
*JUDGE RAKOFF*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SUNTECH CORPORATION FCZO.,

                Plaintiff,

             v.

GUJARAT AMBUJA EXPORTS LTD.,

                Defendant.
-------------------------------------------------------X

08 CV _____ (____)

**ATTORNEY'S
DECLARATION FOR
APPOINTMENT OF A
SPECIAL PROCESS
SERVER**

Pursuant to 28 U.S.C. § 1746, Owen F. Duffy, Esq., declares under the penalty of

perjury:

    1.    I am a member of the Bar of the State of New York, I am admitted to

practice before this Court, and I am a partner of the firm Chalos, O'Connor & Duffy,

LLP., attorneys for plaintiff, SUNTECH CORPORATION FCZO. (hereinafter

"SUNTECH"), in this action.

    2.    I am fully familiar with the matters set forth in this Application, which is

submitted in support of plaintiff SUNTECH's Application pursuant Rule 4(c) of the

Federal Rule of Civil Procedure for an Order appointing an associate or paralegal or

agent of Chalos, O'Connor & Duffy, LLP., in addition to the United States Marshal, to

1

serve a Process of Maritime Attachment and Garnishment on the garnishees listed

therein, together with possible other garnishees.

3.       The associates or paralegals or agents with the firm of Chalos, O'Connor

& Duffy, LLP. who will be so designated are over eighteen (18) years of age and are not

a party to this action.

4.       Plaintiff SUNTECH is desirous of serving the Process of Maritime

Attachment and Garnishment on the garnishees with all deliberate speed so that it will be

fully protected against the possibility of not being able to satisfy any arbitration award

and/or judgment that may be ultimately obtained by SUNTECH against the defendant

GUJARAT AMBUJA EXPORTS LTD (hereinafter "AMBUJA").

5.       For the foregoing reasons, I respectfully request that this Court appoint

said associates or paralegals or agents of Chalos, O'Connor & Duffy, LLP. to serve

Process of Maritime Attachment and Garnishment upon garnishees listed in the Process

of Maritime Attachment and Garnishment, and any other garnishees who we learn holds

assets of defendant AMBUJA.

6.       No previous application for this or similar relief has been made.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: Port Washington, New York
       June 26, 2008                          CHALOS, O'CONNOR & DUFFY, LLP.
                                              Attorneys for Plaintiff,

                              By:     _____
                                              Owen F. Duffy (OD-3144)
                                              George E. Murray (GM-4172)
                                              366 Main Street
                                              Port Washington, New York 11050
                                              Tel:    (516) 767-3600 / Fax: (516) 767-3605

2