CHALOS, O'CONNOR & DUFFY, LLP.
Attorneys for Plaintiff,
SUNTECH CORPORATION FCZO.
366 Main Street
Port Washington, New York 11050
Tel:    (516) 767-3600
Fax:    (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SUNTECH CORPORATION FCZO.,

|  |  |
|---|---|
| Plaintiff, | 08 CV _____ ( ___ ) |
| v. | **ATTORNEY'S** |
| | **DECLARATION THAT** |
| GUJARAT AMBUJA EXPORTS LTD., | **DEFENDANT CANNOT** |
| | **BE FOUND WITHIN THE** |
| Defendant. | **DISTRICT** |

-------------------------------------------------------X

This Declaration is executed by the attorney for the plaintiff, SUNTECH

CORPORATION FCZO. (hereinafter "SUNTECH"), in order to secure the issuance of a

Summons and Process of Maritime Attachment and Garnishment in the above-entitled, *in*

*personam*, admiralty cause.

Pursuant to 28 U.S.C. § 1746, Owen F. Duffy, Esq., declares under penalty of

perjury:

1.    I am a partner of the firm Chalos, O'Connor & Duffy, LLP, attorneys for

plaintiff SUNTECH in this case.

1

2.      I have personally inquired, or have directed inquires into, the presence of

defendant GUJARAT AMBUJA EXPORTS LTD. (hereinafter "AMBUJA") in this

District.

3.      I have personally checked with the office of the Secretary of State of the

State of New York, using the Secretary of State's Division of Corporations database, and

I have determined that, as of June 26, 2008, the defendant AMBUJA is not incorporated

pursuant to the laws of New York, is not qualified to conduct business within the State of

New York, and has not nominated agents for the service of process within New York

because the Secretary of State of the State of New York has no records for AMBUJA.

4.      I have inquired of AT&T Yellow Pages telephone directory whether the

defendant AMBUJA can be found within this District.  AT&T Yellow Pages telephone

directory has advised me that AMBUJA does not have any telephone number listings

within this District.

5.      I have further consulted with several other telephone directories on the

internet, and I have found no telephone listings or addresses for defendant AMBUJA

within this District.

6.      I have further made several searches on the internet with various search

engines and maritime websites, and I have found no indication that the defendant

AMBUJA can be found within this District.

7.      In that I have been able to determine that defendant AMBUJA is not based

in this District, and I have found no indication that AMBUJA can be found within this

District, I have formed a good faith belief that AMBUJA does not have sufficient

contacts or business activities within this District to defeat maritime attachment under

Rule B of the Supplemental Rules for Admiralty or Maritime Claims as set forth in the Federal Rules of Civil Procedure.

8.      It is my belief, based upon my own investigation that the defendant AMBUJA cannot be found within this District for the purposes of Rule B of the Supplemental Rules for Admiralty or Maritime Claims as set forth in the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Port Washington, New York
        June 26, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP.
                                        Attorneys for Plaintiff,
                                        SUNTECH CORPORATION FCZO.

                        By:             _____
                                        Owen F. Duffy (OD-3144)
                                        George E. Murray (GM-4172)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel:    (516) 767-3600
                                        Fax:    (516) 767-3605

3