CHALOS, O'CONNOR & DUFFY, LLP.
Attorneys for Plaintiff,
SUNTECH CORPORATION FCZO.
366 Main Street
Port Washington, New York 11050
Tel:    (516) 767-3600
Fax:    (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SUNTECH CORPORATION FCZO.,

                Plaintiff,

    v.

GUJARAT AMBUJA EXPORTS LTD.,

                Defendant.
------------------------------------------------------X

08 CV 5761 (   )

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

A Declaration having been made by plaintiff SUNTECH CORPORATION FCZO. (hereinafter "SUNTECH") for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Declaration of Owen F. Duffy, Esq., sworn to the 26th day of June, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate or paralegal or agent of Chalos O'Connor & Duffy, LLP. be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishees listed in the Verified Complaint, together with any other garnishees who, based upon information developed subsequent hereto be the plaintiff

1

SUNTECH, may hold assets for, or on account of, the defendant GUJARAT AMBUJA EXPORTS LTD.

Dated: New York, New York
       June 28, 2008

SO ORDERED

_____
U.S.D.J.

2